FILED
MAY 24 2018
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DELICIA SABESO,

    Petitioner,

v.                           Civil Action No. 3:18CV86–HEH

COMMONWEALTH OF VIRGINIA,

    Respondent.

## MEMORANDUM OPINION
### (Dismissing Civil Action Without Prejudice)

Petitioner, a Virginia prisoner proceeding *pro se*, submitted a document entitled, "RIGHTS OF ACCUSED PERSONS; APPLICATION FOR WRIT OF HABEAS CORPUS 'BEFORE TRIAL'." (ECF No. 1 (emphasis omitted).)

By Memorandum Order entered on April 27, 2018, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to complete and return the standardized form for filing a § 2254 petition. The Court also directed Petitioner, within fifteen (15) days of the date of entry thereof, to complete and return an *in forma pauperis* affidavit. The Court warned Petitioner that the failure to comply with the terms of the April 27, 2018 Memorandum Order would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than eleven (11) days have elapsed and Petitioner has not completed and returned the § 2254 petition form or otherwise responded to the April 27, 2018 Memorandum Order. Petitioner also failed to complete and return an *in forma pauperis*

form within the allotted time. Accordingly, the action will be dismissed without prejudice. A certificate of appealability will be denied.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: May 24, 2018
Richmond, Virginia